JEFFREY H. WOOD, Acting Assistant Attorney General
Environment & Natural Resources Division
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
ROBERT P. WILLIAMS, Sr. Trial Attorney
KAITLYN POIRIER, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: 202-307-6623; Fax: 202-305-0275
Email: robert.p.williams@usdoj.gov
Email: kaitlyn.poirier@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| YUROK TRIBE, et al., | Case No. 3:16-cv-06863-WHO |
| Plaintiffs, | |
| v. | **STIPULATED REQUEST TO EXTEND CASE MANAGEMENT DEADLINES** |
| U.S. BUREAU OF RECLAMATION, et al., | |
| Defendants, | |
| and | |
| KLAMATH WATER USERS ASSOCIATION, et al., | |
| Defendant-Intervenors. | |

Pursuant to Civil Local Rule 6-2, Plaintiffs, Federal Defendants, and Defendant-Intervenors hereby jointly request by stipulation that the deadlines established in the Order Setting Initial Case Management Conference and ADR Deadlines, ECF No. 5, be extended. The parties stipulate to the following extended deadlines:

- April 7, 2017 – Last day to: meet and confer re: initial disclosures[1], early settlement, ADR process selection, and discovery plan; file ADR Certification signed by Parties and Counsel; and file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

- April 21, 2017 – Last day to: file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement

- May 2, 2017 – If necessary, Initial Case Management Conference

There is good cause to establish the above schedule, given that such deadlines are currently stayed in the related case, *Hoopa Valley Tribe v. U.S. Bureau of Reclamation*, 3:16-cv-04294-WHO, and because the parties may need additional time to decide how to proceed with this case following the Court's resolution of Federal Defendants' Motion to Strike and Limit the Scope of Review to the Administrative Record; Plaintiffs' Motion for Partial Summary Judgment; and Federal Defendants' Motion to Dismiss in the *Hoopa Valley Tribe* case. The parties have separately stipulated to an extension of time for Federal Defendants and Defendant-Intervenors to answer or otherwise respond to Plaintiffs' Complaint (the parties have stipulated

---

[1] Federal Defendants' reserve their rights to dispute whether this case is subject to initial disclosures and all other discovery related deadlines on the grounds that this is an action for review on an administrative record. *See* Fed. R. Civ. P. 26(a)(1)(A); (a)(1)(B)(i); (f)(1).

to a deadline of April 3, 2017, ECF No. 59). Other than Federal Defendants' Administrative Motion Requesting an Extension of Time to Respond to Plaintiffs' Motion for Partial Summary Judgment, ECF No. 19, there have been no other requests for extension of time by any party, and the parties do not believe that granting this stipulation will adversely affect any existing deadlines in the case.

    For the foregoing reasons, the parties respectfully request entry of this agreed-upon stipulation.

Dated: February 1, 2017

    Respectfully submitted,

    JEFFREY H. WOOD, Acting Assistant Attorney General
    SETH M. BARSKY, Chief
    S. JAY GOVINDAN, Assistant Chief
    ROBERT P. WILLIAMS, Sr. Trial Attorney

    */s/ Kaitlyn Poirier*
    KAITLYN POIRIER, Trial Attorney
    U.S. Department of Justice
    Environment and Natural Resources Division
    Wildlife and Marine Resources Section
    Ben Franklin Station, P.O. Box 7611
    Washington, D.C. 20044-7611
    (202) 307-6623 (tel)
    (202) 305-0275 (fax)
    kaitlyn.poirier@usdoj.gov

    *Attorneys for Federal Defendants*

    */s/ Patti A. Goldman*
    KRISTEN L. BOYLES (CSBA # 158450)
    PATTI A. GOLDMAN (WSBA # 24426)
    *[Admitted Pro Hac Vice]*
    Earthjustice
    705 Second Avenue, Suite 203
    Seattle, WA 98104-1711

Ph: (206) 343-7340 | Fax: (206) 343-1526
kboyles@earthjustice.org
pgoldman@earthjustice.org
stsosie@earthjustice.org

TRENT ORR (CSBA # 77656)
Earthjustice
50 California, Suite 400
San Francisco, CA 94111
Ph: (415) 217-2082 | Fax: (415) 217-2040
torr@earthjustice.org

*Attorneys for Plaintiffs for Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, and Klamath Riverkeeper*

CHEYENNE SANDERS (CSBA # 307359)
Yurok Tribe
190 Klamath Blvd.
PO BOX 1027
Klamath, CA 95548
Ph: (707) 482-1350 | Fax: (707) 482-1377
csanders@yuroktribe.nsn.us

*Attorney for Plaintiff Yurok Tribe*


SOMACH SIMMONS & DUNN, PC

*/s/ Paul S. Simmons*
Paul S. Simmons

*Attorneys for Defendant-Intervenors Klamath Water Users Association, Sunnyside Irrigation District, and Ben DuVal*

CLYDE SNOW & SESSIONS, P.C.

*/s/ Reagan L. B. Desmond*
Reagan L. B. Desmond

*Attorneys for Defendant-Intervenor Klamath Drainage District*

WANGER JONES HELSLEY PC

*/s/ John P. Kinsey*

Joint Motion to Extend Case Management Deadlines

John P. Kinsey

*Attorneys for Defendant-Intervenors Klamath Irrigation District and Pine Grove Irrigation District*

### ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)

I, Kaitlyn Poirier, attest that concurrence in the filing of the document has been obtained from each of the other Signatories indicated with a "conformed" signature (*/s/*) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: February 1, 2017

/s/ Kaitlyn Poirier
KAITLYN POIRIER, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 307-6623 (tel)
(202) 305-0275 (fax)
kaitlyn.poirier@usdoj.gov

*Attorneys for Federal Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above was electronically filed with the Clerk of Court using CM/ECF. Copies of this document will be served upon interested counsel via the Notices of Electronic Filing that are generated by CM/ECF.

Dated: February 1, 2017

*/s/ Kaitlyn Poirier*
KAITLYN POIRIER, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 307-6623 (tel)
(202) 305-0275 (fax)
kaitlyn.poirier@usdoj.gov

*Attorneys for Federal Defendants*

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this \_\_\_3rd\_\_\_ day of \_\_February\_\_, 2017.

_____
HON. WILLIAM H. ORRICK
United States District Judge