JEFFREY H. WOOD, Acting Assistant Attorney General
Environment & Natural Resources Division
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
ROBERT P. WILLIAMS, Sr. Trial Attorney
KAITLYN POIRIER, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: 202-307-6623; Fax: 202-305-0275
Email: robert.p.williams@usdoj.gov
Email: kaitlyn.poirier@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| YUROK TRIBE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF RECLAMATION, et al., <br><br> Defendants, <br><br> and <br><br> KLAMATH WATER USERS ASSOCIATION, et al., <br><br> Defendant-Intervenors. | Case No. 3:16-cv-06863-WHO <br><br> **STIPULATED EXTENSION OF TIME FOR FEDERAL DEFENDANTS' RESPONSIVE PLEADING AND CASE MANAGEMENT DEADLINES** |

1

Stip. Extens. Time for FDs' Respons. Pldg. Deadline & Case Man. Deadlines    3:16-cv-06863-WHO

Pursuant to Civil Local Rule 6-2, Plaintiffs, Federal Defendants, and Defendant-Intervenors hereby jointly stipulate to a two-week extension of all existing deadlines in this case, including the following:

- April 3, 2017 – Deadline for Federal Defendants to answer or otherwise respond to Plaintiffs' Complaint (Dckt. No. 59);
- April 7, 2017 – Last day to: meet and confer re: initial disclosures[1], early settlement, ADR process selection, and discovery plan; file ADR Certification signed by Parties and Counsel; and file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (Dckt. No. 61);
- April 21, 2017 – Last day to: file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) report, and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement (Dckt. No. 61);
- May 2, 2017 – Initial Case Management Conference (Dckt. No. 61).

Good cause exists for the requested extension because the parties are currently discussing possible resolution of the remaining claims in this case following entry of the Court's February 8, 2017 and March 24, 2017 Orders. Dckt. Nos. 62 & 70.

WHEREFORE, the parties hereby stipulate to extend, by two weeks, each of the aforementioned deadlines to facilitate ongoing discussions, as follows:

- April 17, 2017 – Deadline for Federal Defendants to answer or otherwise respond to Plaintiffs' Complaint;
- April 21, 2017 – Last day to: file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) report, and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement;

---

[1] Federal Defendants preserve for the record their objection to this case being subject to initial disclosures and all other discovery related deadlines on the grounds that this is an action for review on an administrative record. *See* Fed. R. Civ. P. 26(a)(1)(A); (a)(1)(B)(i); (f)(1).

2

Stip. Extens. Time for FDs' Respons. Pldg. Deadline & Case Man. Deadlines          3:16-cv-06863-WHO

- May 5, 2017 – Last day to: file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) report, and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement; and

- May 16, 2017 – Initial Case Management Conference.

Dated: March 31, 2017

                              Respectfully submitted,

                              JEFFREY H. WOOD, Acting Assistant Attorney General
                              SETH M. BARSKY, Chief
                              S. JAY GOVINDAN, Assistant Chief
                              ROBERT P. WILLIAMS, Sr. Trial Attorney

                              */s/ Kaitlyn Poirier*
                              KAITLYN POIRIER, Trial Attorney
                              U.S. Department of Justice
                              Environment and Natural Resources Division
                              Wildlife and Marine Resources Section
                              Ben Franklin Station, P.O. Box 7611
                              Washington, D.C. 20044-7611
                              (202) 307-6623 (tel) | (202) 305-0275 (fax)
                              kaitlyn.poirier@usdoj.gov

                              *Attorneys for Federal Defendants*


                              */s/ Patti A. Goldman*
                              KRISTEN L. BOYLES (CSBA # 158450)
                              PATTI A. GOLDMAN (WSBA # 24426)
                              *[Admitted Pro Hac Vice]*
                              Earthjustice
                              705 Second Avenue, Suite 203
                              Seattle, WA 98104-1711
                              Ph: (206) 343-7340 | Fax: (206) 343-1526
                              kboyles@earthjustice.org
                              pgoldman@earthjustice.org
                              stsosie@earthjustice.org

                              TRENT ORR (CSBA # 77656)
                              Earthjustice
                              50 California, Suite 400
                              San Francisco, CA 94111

3

Stip. Extens. Time for FDs' Respons. Pldg. Deadline & Case Man. Deadlines   3:16-cv-06863-WHO

Ph: (415) 217-2082 | Fax: (415) 217-2040
torr@earthjustice.org

*Attorneys for Plaintiffs for Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, and Klamath Riverkeeper*

CHEYENNE SANDERS (CSBA # 307359)
Yurok Tribe
190 Klamath Blvd.
PO BOX 1027
Klamath, CA 95548
Ph: (707) 482-1350 | Fax: (707) 482-1377
csanders@yuroktribe.nsn.us

*Attorney for Plaintiff Yurok Tribe*

SOMACH SIMMONS & DUNN, PC

*/s/ Paul S. Simmons*
Paul S. Simmons

*Attorneys for Defendant-Intervenors Klamath Water Users Association, Sunnyside Irrigation District, and Ben DuVal*

CLYDE SNOW & SESSIONS, P.C.

*/s/ Reagan L.B. Desmond*
Reagan L. B. Desmond

*Attorneys for Defendant-Intervenor Klamath Drainage District*

WANGER JONES HELSLEY PC

*/s/ John P. Kinsey*
John P. Kinsey

*Attorneys for Defendant-Intervenors Klamath Irrigation District and Pine Grove Irrigation District*

4

Stip. Extens. Time for FDs' Respons. Pldg. Deadline & Case Man. Deadlines    3:16-cv-06863-WHO

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Kaitlyn Poirier, attest that concurrence in the filing of the document has been obtained from each of the other Signatories indicated with a "conformed" signature (*/s/*) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: March 31, 2017

>*/s/ Kaitlyn Poirier*
>KAITLYN POIRIER, Trial Attorney
>U.S. Department of Justice
>Environment and Natural Resources Division
>Wildlife and Marine Resources Section
>Ben Franklin Station, P.O. Box 7611
>Washington, D.C. 20044-7611
>(202) 307-6623 (tel)
>(202) 305-0275 (fax)
>kaitlyn.poirier@usdoj.gov
>
>*Attorneys for Federal Defendants*

5

Stip. Extens. Time for FDs' Respons. Pldg. Deadline & Case Man. Deadlines          3:16-cv-06863-WHO

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  Dated this 31st day of Marh, 2017.

4

5

6  _____
   HON. WILLIAM H. ORRICK
7  United States District Judge

6

Stip. Extens. Time for FDs' Respons. Pldg. Deadline & Case Man. Deadlines        3:16-cv-06863-WHO