# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

YUROK TRIBE, et al.,

    Plaintiffs,

v.

U.S. BUREAU OF RECLAMATION, et al.,

    Defendants,

and

KLAMATH WATER USERS ASSOCIATION, et al.,

    Defendant-Intervenors.

Case No. 3:16-cv-06863-WHO

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that all remaining claims in the above-captioned action (i.e., Plaintiffs' Claims II, III, and IV) be and hereby are dismissed without prejudice pursuant to FRCP 41(a)(1).

The parties have further stipulated as to the form of a proposed final judgment consistent with the disposition of all Counts in Plaintiffs' Complaint, which is attached hereto.

Plaintiffs and Federal Defendants further stipulate that they shall meet and confer with regard to any request by Plaintiffs for recovery of attorneys' fees and/or costs and respectfully request that the Court extend the period of time to file any motion for recovery of attorneys' fees and/or costs with this Court to ninety (90) days from the date of entry of Final Judgment in this case.

Dated: July 26, 2017

1

Respectfully submitted,

JEFFREY H. WOOD, Acting Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief

*/s/ Robert P. Williams*
ROBERT P. WILLIAMS, Sr. Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0206 (tel) | (202) 305-0275 (fax)
robert.p.williams@usdoj@usdoj.gov

*Attorneys for Federal Defendants*


*/s/ Patti A. Goldman*
KRISTEN L. BOYLES (CSBA # 158450)
PATTI A. GOLDMAN (WSBA # 24426)
*[Admitted Pro Hac Vice]*
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104-1711
Ph: (206) 343-7340 | Fax: (206) 343-1526
kboyles@earthjustice.org
pgoldman@earthjustice.org
stsosie@earthjustice.org

TRENT ORR (CSBA # 77656)
Earthjustice
50 California, Suite 400
San Francisco, CA 94111
Ph: (415) 217-2082 | Fax: (415) 217-2040
torr@earthjustice.org

*Attorneys for Plaintiffs for Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, and Klamath Riverkeeper*

CHEYENNE SANDERS (CSBA # 307359)

Yurok Tribe
190 Klamath Blvd.
PO BOX 1027
Klamath, CA 95548
Ph: (707) 482-1350 | Fax: (707) 482-1377
csanders@yuroktribe.nsn.us

*Attorneys for Plaintiff Yurok Tribe*


SOMACH SIMMONS & DUNN, PC

*/s/ Paul S. Simmons*
Paul S. Simmons

*Attorneys for Defendant-Intervenors Klamath Water Users Association, Sunnyside Irrigation District, and Ben DuVal*

CLYDE SNOW & SESSIONS, P.C.

*/s/ Reagan L.B. Desmond*
Reagan L. B. Desmond

*Attorneys for Defendant-Intervenor Klamath Drainage District*

WANGER JONES HELSLEY PC

*/s/ John P. Kinsey*
John P. Kinsey

*Attorneys for Defendant-Intervenors Klamath Irrigation District and Pine Grove Irrigation District*


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 3rd day of August, 2017.

_____
HON. WILLIAM H. ORRICK
United States District Judge

3

## ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)

I, Robert Williams, attest that concurrence in the filing of the document has been obtained from the Signatories indicated with a "conformed" signature (*/s/*) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: July 26, 2017

*/s/ Robert P. Williams*
ROBERT P. WILLIAMS, Sr. Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section

*Attorney for Federal Defendants*