UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUROK TRIBE, et al., | Case No. 16-cv-06863-WHO |
| Plaintiffs, | |
| v. | **ORDER GRANTING REQUEST TO ALTER BRIEFING SCHEDULE** |
| UNITED STATES BUREAU OF RECLAMATION, et al., | Re: Dkt. No. 103 |
| Defendants. | |

Pursuant to the parties' stipulation, the Federal Defendants' deadline for filing their response to the Motion for Relief is extended until Friday, March 23, 2018. Plaintiff may file a response on March 28, 2018. Pursuant to Local Rule 7-2(a), however, the hearing on this matter shall remain on April 11, 2018, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: March 23, 2018

William H. Orrick
United States District Judge