TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

THOMAS K. SNODGRASS, Senior Attorney
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-7233; Fax: 303-844-1350
Email: thomas.snodgrass@usdoj.gov

ROBERT P. WILLIAMS, Senior Trial Attorney
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-307-6623; Fax: 202-305-0275
Email: robert.p.williams@usdoj.gov

Attorneys for Federal Defendants and Cross-Claimant
United States

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| YUROK TRIBE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, and INSTITUTE FOR FISHERIES RESOURCES,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF RECLAMATION and NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants,<br><br>and<br><br>KLAMATH WATER USERS ASSOCIATION, THE KLAMATH TRIBES, and KLAMATH IRRIGATION DISTRICT,<br><br>Intervenor-Defendants<br><br>UNITED STATES OF AMERICA,<br><br>Cross-Claimant, | Case No. 3:19-cv-04405-WHO<br><br>(Related Case No. 3:16-cv-04294-WHO)<br>(Related Case No. 3:16-cv-06863-WHO)<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND ASSOCIATED BRIEFING**<br><br>DATE: November 30, 2022<br>TIME: 2:00 p.m.<br>Courtroom 2, 17th Floor or Virtually<br><br>Judge: Honorable William H. Orrick |

SOMACH SIMMONS & DUNN
A Professional Corporation

STIP. & [PROPOSED] ORDER TO ENLARGE TIME ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND OTHER BRIEFING 3:19-cv-04405-WHO         -1-

| | |
|---|---|
| YUROK TRIBE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, and INSTITUTE FOR FISHERIES RESOURCES, | |
| Joined as Cross-Claimants, | |
| v. | |
| KLAMATH WATER USERS ASSOCIATION and OREGON WATER RESOURCES DEPARTMENT, | |
| Crossclaim-Defendants, | |
| and | |
| KLAMATH IRRIGATION DISTRICT, | |
| Intervenor-Defendant. | |
| KLAMATH WATER USERS ASSOCIATION, | |
| Counterclaimant, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Counterclaim-Defendant. | |
| OREGON WATER RESOURCES DEPARTMENT, | |
| Counterclaimant, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Counterclaim-Defendant. | |

Per Local Rule 6-2, Crossclaim Defendant Oregon Water Resources Department (OWRD); Plaintiffs Yurok Tribe, Pacific Coast Federation of Fishermen's Associations, and Institute for Fisheries Resources (collectively, "Plaintiffs"); Defendant and Cross-claimant United States of America ("United States"); Defendant-Intervenor, Crossclaim Defendant, and Counterclaimant Klamath Water Users' Association ("KWUA"); Intervenor Klamath Tribes; and Intervenor Klamath Irrigation District ("KID") (all, collectively, "the Parties") submit this stipulation and proposed order to enlarge time on the briefing schedule for the parties' cross-

STIP. & [~~PROPOSED~~] ORDER TO ENLARGE TIME ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND OTHER
BRIEFING 3:19-cv-04405-WHO                                                                              -2-

1  motions for summary judgment and associated briefs by two weeks.

2  The reason for the requested extension is that Plaintiffs' lead counsel will be out on
3  bereavement leave September 8-12, and counsel for Plaintiffs and the United States also need
4  additional time to prepare responses/replies to the summary judgment responses and cross-
5  motions filed July 29 by OWRD, KWUA, and KID, which total over 200 pages, as well as to
6  respond to KID's Motion to Strike (Doc. 1039), Motion for Stay (Doc. 1040), Rule 56(d)
7  Request to Extend Hearing on the Pending Summary Judgment Motions and Permit Discovery
8  (Doc. 1041-3), and Request for Judicial Notice (collectively "KID's Motions").

9  In addition, the Parties stipulate that they do not oppose an anticipated motion for leave
10  to submit an amicus brief by the State of California, with a September 15 deadline for the filing
11  the motion and proposed amicus brief and a November 9 deadline for any party to respond to the
12  amicus brief, if the amicus brief is accepted for filing.

13  The Parties previously stipulated that briefing on KID's Motions be placed on the same
14  schedule as briefing on the summary judgment motions and cross-motions filed in connection
15  with the First Cause of Action of the United States' crossclaim and KWUA's and OWRD's
16  counterclaims, with responses to KID's Motions due September 12, 2022 and KID's replies due
17  October 27, 2022.  ECF Nos. 1048, 1049.  The Parties also previously stipulated to a two-week
18  extension and subsequently to an additional four-day extension of the deadline for oppositions to
19  the United States' and Plaintiffs' motions for summary judgment and cross-motions for
20  summary judgment.  ECF Nos. 1034, 1035, 1036, 1037.  The Parties also previously stipulated
21  to an extension of OWRD's responsive-pleading deadline.  ECF No. 990.  The Parties have not
22  requested or received any other extensions of time since OWRD appeared in this action.

23  Accordingly, the Parties stipulate as follows:

24  1.  All replies from the United States and Plaintiffs to oppositions to their motions to
25  for summary judgment and all responses to the motions filed by OWRD, KWUA, and KID on
26  July 29, 2022 shall be filed by September 26, 2022.

27  2.  The deadline for all reply briefs in support of the cross-motions for summary
28  judgment and KID's Motions will be November 9, 2022.

SOMACH SIMMONS & DUNN
A Professional Corporation

3. The deadline for the State of California to file its unopposed motion for leave to submit an amicus brief and its proposed amicus brief will be September 15, 2022 and the deadline for the Parties to respond to the amicus brief, if it is accepted for filing, will be November 9, 2022.

4. Counsel for the parties remain available for the November 30, 2022 hearing date. If the Court prefers to reschedule the hearing date to a later date, counsel have conferred regarding their availability in December. If the hearing is held virtually or telephonically, the parties are available the afternoon of December 7, as well as on December 5, 6, and 8. If those hearing dates do not work, the Parties' next best availability is the afternoon of January 18.

**IT IS SO STIPULATED.**

DATED September 8, 2022.

s/ Paul S. Simmons (with permission)
PAUL S. SIMMONS (CSBA # 127920)
Somach Simmons & Dunn, PC
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Fax: (916) 446-8199
psimmons@somachlaw.com

*Attorneys for Defendant-Intervenor, Cross-Defendant, and Counterclaimant Klamath Water Users Association*

ELLEN F. ROSENBLUM
Attorney General
Oregon Department of Justice

s/ Sara Van Loh (with permission)
SARA VAN LOH #264704
Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201
Telephone: (503) 881-9008
Sara.vanloh@doj.state.or.us

*Attorneys for Oregon Water Resources Department*

s/ Patti A. Goldman (with permission)
PATTI A. GOLDMAN (WSBA # 24426)
*[Pro Hac Vice]*
KRISTEN L. BOYLES (CSBA # 158450)
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
Telephone: (206) 343-7340
kboyles@earthjustice.org
pgoldman@earthjustice.org

ANNA K. STIMMEL (CSBA # 322916)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Telephone: (415) 217-2000
astimmel@earthjustice.org

*Attorneys for Plaintiffs Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, and Yurok Tribe*

AMY CORDALIS (CSBA # 321257)
4856 29th St. N.
Arlington, VA 22207
Telephone: (541) 915-3033
acordalis@ridgestoriffles.org

*Attorney for Yurok Tribe*

| | |
|---|---|
| *s/ Jeremiah D. Weiner (with permission)*<br>JEREMIAH D. WEINER (CSBA # 226340)<br>JOE MARTIN, Rosette, LLP<br>1415 L St., Suite 450<br>Sacramento, CA 95814<br>Telephone: (916) 353-1084<br>Fax: (916) 353- 1085<br>jweiner@rosettelaw.com<br><br>***Attorneys for The Klamath Tribes***<br><br>*s/ Thomas K. Snodgrass*<br>THOMAS K. SNODGRASS, Senior Attorney<br>Natural Resources Section<br>999 18th Street, South Terrace, Suite 370<br>Denver, CO 80202<br>Telephone: 303-844-7233<br>Fax: 303-844- 1350<br>thomas.snodgrass@usdoj.gov<br><br>ROBERT P. WILLIAMS, Sr. Trial Attorney<br>Wildlife and Marine Resources Section<br>Ben Franklin Station, P.O. Box 7611<br>Washington, D.C. 20044<br>Telephone: 202-307-6623<br>Fax: 202-305-0275<br>robert.p.williams@usdoj.gov<br><br>***Attorneys for Federal Defendants and<br>Cross-Claimant United States of America*** | *s/ Christopher A. Lisieski (with permission)*<br>Nathan R. Rietmann<br>Rietmann Law PC<br>1270 Chemeketa St. NE<br>Salem, OR 97301<br>Telephone: 503-551-2740<br>nathan@rietmannlaw.com<br><br>John P. Kinsey and Christopher A. Lisieski<br>Wanger Jones Helsley PC<br>265 E. River Park Circle, Suite 310<br>Fresno, CA 93720<br>Telephone: 559-233-4800<br>Fax: 559-233-9330<br>jkinsey@wjhattorneys.com<br>clisieski@wjhattorneys.com<br><br>***Attorneys for Klamath Irrigation District*** |

I, Thomas K. Snodgrass, attest that each of the other signatories concurred in the filing of this document on today's date.

                *s/ Thomas K. Snodgrass*
                THOMAS K. SNODGRASS

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.  The hearing will now be set at 2 p.m. on December 7, 2022, by videoconference.**

DATED: September 8, 2022



Honorable William H. Orrick
United States District Court Judge