United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUROK TRIBE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. BUREAU OF RECLAMATION, et al.,<br><br>    Defendants. | Case No. 19-cv-04405-WHO<br><br>**ORDER REGARDING DECEMBER 7 HEARING** |

Given the complexity of the case and the number of parties intending to appear at the December 7, 2022 hearing in this matter, the parties have requested guidance in order to allow the most efficient presentation of argument and assist them in their preparations for the hearing. The Court has not reviewed the papers yet. But in light of the parties' agreement regarding the structure of the argument, the Court adopts their proposal. The motions will be considered at the same time, rather than sequentially. Each roughly aligned side, excluding the Klamath Tribes and proposed amicus curiae State of California, (i.e., the United States, the Yurok Tribe, and the Hoopa Valley Tribe on one side; OWRD, KWUA, and KID on the other) is allocated 30 minutes total per side for argument on all motions, to be divided among each side as they shall agree in advance, and 15 minutes total for each side for rebuttal. The Klamath Tribes may have 10 minutes or less for their argument, as may the State of California if it decides to present any argument.

KID has asked permission to argue in person. Hybrid hearings are less preferable to ones where everyone either appears in person or by Zoom. While I have allowed hybrid hearings in several cases on request, in this matter the date and hearing were set in specific contemplation that it would be a virtual hearing, given travel and scheduling necessities. In light of the opposition of

the United States and concerns of some of the other parties, I deny KID's request.

**IT IS SO ORDERED.**

Dated: November 21, 2022



William H. Orrick
United States District Judge